UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BARBARA TRUSS, NATALIA GOLSON,
JACK KILGORE, and GABRIELA
PETTIBONE, individually and on behalf of all
others similarly situated,

                  Plaintiffs,                21 **CIVIL** 9845 (VB)

         -v-                                **JUDGMENT**

BAYER HEALTHCARE
PHARMACEUTICALS INC., a Delaware
corporation; BAYER HEALTHCARE LLC, a
Delaware limited liability company;
BEIERSDORF, INC., a Delaware corporation;
and BEIERSDORF NORTH AMERICA, INC.,
a Delaware corporation,

                  Defendants.
---------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 15, 2022, Defendants' motion to dismiss is GRANTED.

**Dated:**  New York, New York
           November 16, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                  **BY:**

                                              **Deputy Clerk**